# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**

**INDIGO PALMS HOLDINGS-DAYTONA, LLC**

        **Debtor.**
_____/

**Case No.: 6:22-bk-00984**
**Chapter 11**
**EIN: 45-2827644**

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**COMES NOW**, INDIGO PALMS HOLDINGS-DAYTONA, LLC (the "Debtor"), by and through its undersigned proposed counsel and pursuant to Local Rule 2081-1, hereby files this Summary of the Case.

1. On March 18, 2022 (the "Petition Date), the Debtor filed a petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code).

2. The Debtor is operating its business as debtor-in-possession.

## DESCRIPTION OF THE DEBTOR'S BUSINESS

3. The Debtor is a limited liability company organized under the laws of the State of Florida and authorized to transact business in Florida since November 29, 2010.

4. The Debtor owns the real property located at 570 National Healthcare Drive, Daytona Beach, Florida, 32114; and the Debtor owns various personal property equipment at said location. The real property and personal property equipment are leased to a separate entity, Indigo Palms, LLC, which holds a state-issued license to operate and does operate an assisted living facility. The assisted living facility is managed by Fairfax Senior Living Company.

## LOCATION
## OF THE DEBTOR'S OPERATIONS AND WHETHER LEASED OR OWNED

5. The Debtor owns the real property located at 570 National Healthcare Drive, Daytona Beach, Florida, 32114; and the Debtor owns various personal property at said location. The real property and personal property are leased to a separate entity, Indigo Palms, LLC, which holds a state-issued license to operate and does operate an assisted living facility. The assisted living facility is managed by Fairfax Senior Living Company.

## REASONS FOR FILING CHAPTER 11

6. The Debtor filed a petition under Chapter 11 to implement a comprehensive restructuring and to propose a mechanism to efficiently address and resolve all claims. The filing of this Chapter 11 Case is not the end-result of any strategy or attempt to avoid any lawful responsibilities or obligations. Rather, the Debtor commenced this Chapter 11 Case after a comprehensive review of all realistic alternatives and the consideration and balancing of a variety of factors.

## LIST OF OFFICERS AND DIRECTORS AND THEIR SALARIES AND BENEFITS

7. The Debtor is wholly owned and operated by James River Management Company, a Virginia stock corporation.

## DEBTOR'S ANNUAL GROSS REVENUES

8. The Debtor had gross revenue of $165,981.10 in 2021; and $66,200.00 in 2022.

## AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS

**A.  Obligations Owed to Priority Creditors**

9. As of the Petition Date, the Debtor has no priority creditors.

**B.  Identity, Collateral, and Amounts Owed to Secured Creditors**

10. As of the Petition Date, the Debtor has a number of secured creditors. The Debtor owes a total of approximately $98,677.68 to the Volusia County Tax Collector, which is secured

by a property tax lien on the real property located at 570 National Healthcare Drive, Daytona Beach, Florida, 32114 (the "Property").  The Property has a value of approximately $2,332,028.00.  The Property is also encumbered by a number of mortgage liens.  The Debtor owes approximately $3,094,682.52 to Indigo Manor Holdings, LLC, which is secured by a first-priority mortgage lien on the Property.  The Debtor owes the Small Business Administration ("SBA") a total of approximately $1,357,941.28, secured by inferior mortgage liens on the Property.  The Debtor intends to file motions pursuant to 11 U.S.C. § 506 to value the amount of these secured claims.

      **C.**      **Amount of Unsecured Claims**

12.      The Debtor owes an unknown amount to unsecured creditors.

**NUMBER OF EMPLOYEES AND AMOUNTS OF WAGES OWED AS OF PETITION DATE**

13.      The Debtor has no employees and has no unpaid wages to employees.

**STATUS OF DEBTOR'S PAYROLL AND SALES TAX OBLIGATIONS**

14.      The Debtor is current with payroll and sales tax obligations.

**ANTICIPATED EMERGENCY/EXPEDITED RELIEF**

15.      The Debtor anticipates seeking emergency relief on Debtor's Motion for Use of Cash Collateral.

Respectfully submitted this 18th day of March, 2022.

                */s/ Jeffrey S. Ainsworth*
                JEFFREY S. AINSWORTH
                Florida Bar No. 60769
                JACOB D. FLENTKE
                Flentke Legal Consulting, PLLC, Of Counsel
                Florida Bar No. 25482
                **BransonLaw, PLLC**
                1501 E. Concord St.
                Orlando, FL  32803

        Phone:  407-894-6834  
        Fax:  407-894-8559  
        Primary E-mail:  jeff@bransonlaw.com  
                                 jacob@bransonlaw.com  
                                 jacob@flentkelegal.com  
        Secondary :     shelly@bransonlaw.com  
                                 tammy@bransonlaw.com  
        Attorneys for Debtor

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 18th day of March, 2022, a true and correct copy of the foregoing has been furnished, via Bankruptcy Noticing Center or via U.S. Mail to: the Parties on the attached Matrix; and via U.S. Mail to the following:  U.S. Trustee, 400 W. Washington Street, Suite #1100, Orlando, FL  32801; and Debtor, Indigo Palms Holdings-Daytona, LLC, 3989 Chain Bridge Road, Fairfax, VA  22030.

        /s/ Jeffrey S. Ainsworth  
        Jeffrey S. Ainsworth, Esquire  
        **BransonLaw, PLLC**